UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Patricia L. Lutz,

   Plaintiff,

v.

Dr. Michael J. Columbus,

   Defendant.

Case No.: 1:11-cv-350

Judge Michael R. Barrett

## ORDER

This matter is before the Court on the Report and Recommendation ("Report") filed by Magistrate Judge Karen L. Litkovitz on January 17, 2012 (Doc. 17), and Plaintiff's two corresponding motions to reinstate case (Docs. 14 & 16). Proper notice has been given to the parties under Rule 72(b) of the Federal Rules of Civil Procedure including notice that the parties would waive further appeal if they failed to file objections to the Report in a timely manner. (Doc. 17, 3); *see United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981). No objection has been filed.

Having reviewed this matter de novo, this Court finds the Report to be correct. Accordingly, it is **ORDERED** that the Report is hereby **ADOPTED**. As the Report recommends (Doc. 17, 2), it is **ORDERED** that that Plaintiff's motions to have this case reinstated (Docs. 14 & 16) are **DENIED**. Furthermore, Plaintiff is advised that to obtain review of this Court's decisions, she must pursue an appeal to the United States Court of Appeals for the Sixth Circuit. This matter is **DISMISSED**.

  **IT IS SO ORDERED**.

               *s/Michael R. Barrett*
               United States District Judge